(132 So. 871)

### Millard WEEKS v. STATE.
### I Div. 652.

Supreme Court of Alabama.
March 12, 1931.

Woodford Mabry, of Grove Hill, and A. H. Crovatt, of Foley, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Millard Weeks for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Weeks v. State, 132 So. 870.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.